44 So.2d 923

**SOUTHERN LIFE & HEALTH INSUR-
ANCE CO. v. Mae V. LEAGUE.**
**8 Div. 785.**

Court of Appeals of Alabama.
Jan. 19, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

PER CURIAM.
Appeal dismissed, want of prosecution.

49 So.2d 927

**J. D. SPENCER v. CITY OF
TUSCALOOSA.**
**6 Div. 34.**

Court of Appeals of Alabama.
Nov. 30, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.

51 So.2d 918

**William SPENCER v. STATE.**
**7 Div. 91.**

Court of Appeals of Alabama.
Jan. 23, 1951.

Rehearing Denied Feb. 7, 1951.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

Hawkins & Copeland, of Gadsden, for appellant.
Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 866

**Richard Thomas SPRINGFIELD v. STATE.**
**6 Div. 952.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempt to transport.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 867

**Pauline SPROUSE v. CITY OF CORDOVA.**
**6 Div. 974.**

Court of Appeals of Alabama.
April 20, 1950.

Appeal from Circuit Court, Walker County; Roy Mayhall, Judge.

Violating city ordinance.

PER CURIAM.

Appeal dismissed, want of prosecution.

46 So.2d 867

**Coy STANFORD v. STATE.**
**6 Div. 65.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Lamar County; Verdo Elmore, Judge.

Violating prohibition law.

R. G. Redden, of Vernon, for appellant.